**Phillips Lytle LLP**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
JUL 19 2006
BROOKLYN OFFICE

By Facsimile

June 15, 2006

Magistrate Judge Cheryl L. Pollak
United States District Court for the Eastern
District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Altman v. The Neiman-Marcus Group, Inc., No. CV 06 0491 (JBW) (CLP)

Dear Judge Pollak:

I write to inform the Court that the parties in the above-referenced matter have reached a settlement in principle and request that the initial conference scheduled for Monday, June 19, 2006 at 9:00 a.m. be canceled.

Respectfully yours,

Phillips Lytle LLP

By S/S

Samantha L. Southall

SLS3

cc: Lawrence Katz, Esq.
    (by facsimile)

BFLO Doc # 1581209.1

Request Granted. Stipulation of discontinuance to be filed in 30 days.

SO ORDERED.

Cheryl Pollak
U.S. Magistrate Judge  6/16/06

Samantha L. Southall
Direct 716 504 5714 ssouthall@phillipslytle.com

ATTORNEYS AT LAW

3400 HSBC CENTER BUFFALO, NY 14203-2887 PHONE 716 847 8400 FAX 716 852 6100
BUFFALO ALBANY CHAUTAUQUA GARDEN CITY NEW YORK ROCHESTER WWW.PHILLIPSLYTLE.COM